## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BEVERLY HARGET, | ) |
| Plaintiff, | ) ) |
| | ) No. |
| v. | ) ) |
| SAKS & COMPANY, LLC, | ) ) Removal from the Circuit Court of St. Louis County, Missouri, NO23SL-CC04366 |
| Defendant. | ) ) |
| | ) **JURY TRIAL DEMANDED** |

### DEFENDANT'S NOTICE OF REMOVAL:

COME NOW Defendant Saks & Company LLC and hereby remove Case No. 23SL-CC04366 from the Circuit Court of St. Louis County, Missouri, to the United States District Court for the Eastern District of Missouri pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. As ground for its removal, Defendant states as follows:

### STATEMENT OF CASE

1. On July 10, 2024, Plaintiff Beverly Harget ("Plaintiff") filed a Complaint in the Circuit Court of St. Louis County, Missouri styled *Beverly Harget v. Saks & Company, LLC*, Case No. 23 SL-CC04366 (the "State Court Action"). *See* a true and correct copy of the Complaint attached as **Exhibit A** hereto.

2. On October 10, 2024, Plaintiff requested an Alias Summons.

3. On October 16, 2024, the St. Louis County Circuit Court issued an Alias Summons for out of state service.

4. On November 7, 2024, Service was achieved.

5. In the State Court Action, Plaintiff alleges that Defendant was negligent in the following respects: (a) Defendant, through its employees and agents saw the condition of the sidewalk and had awareness of its danger before Plaintiff's fall, but did not take adequate action to remove or remedy the danger; (b) Defendant failed to use ordinary care to patch the sidewalk before Plaintiff's fall; (c) Defendant failed to warn of the missing portion of the sidewalk before Plaintiff's fall; and (d) Defendant failed to implement a program for preventative maintenance of the property which would have corrected the condition of the sidewalk before Plaintiff's fall.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(A)

6. This court has jurisdiction over this matter for the purposes of removal under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiff and Defendant and, exclusive of interests and costs, more than $75,000 is in controversy.

7. Plaintiff is a citizen of the State of Missouri. Complaint ¶ 1. Additionally, Plaintiff lives in O'Fallon, Missouri, which is situated within St. Charles County, Missouri. *See* Westlaw People Finder, Exhibit B.

8. Defendant Saks & Company LLC (improperly named in the Complaint as Saks & Company, LLC) is incorporated in the state of Delaware company and is wholly owned by Saks Incorporated, which is incorporated in the State of Tennessee and whose principal place of business is in the State of New York.

9. Therefore, there is complete diversity between Plaintiff and Defendant in this action.

10. Plaintiff's Complaint seeks damages for injuries suffered to her right hand and wrist, and states these injuries are painful, progressive and permanent. Additionally, Plaintiff claims to

have incurred medical expenses more than $25,000. While Defendant disputes liability and the extent of damages, based on these allegations, Defendant asserts that there is a reasonable probability that the amount in controversy exceeds the $75,000 jurisdictional minimum. *See James Neff Kramper Family Farm Partnership v. IBP, Inc.*, 393 F.2d 828, 833 (8th Cir. 2005).

11. Thus, Removal is proper under 28 U.S.C. § 1332(a).

12. A completed Civil Cover Sheet is attached.

## ALL PROCEDURAL REQUIREMENT FOR REMOVAL HAVE BEEN SATISFIED

13. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders and documents from the state court action that have been served upon the Defendant are being filed with this Notice of Removal. *See* Exhibit A.

14. This Notice of Removal has been filed within 30 days of the Alias Summons issued by the St. Louis County Circuit Court on October 16, 2024.

15. Venue is proper in this Court for the purpose of removal pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the Eastern District of Missouri is the federal judicial district embracing the Circuit Court of St. Louis County where the State Court Action was originally filed.

## CONCLUSION

By this Notice of Removal, Defendants do not waive any defenses or objections it may have to this action. Defendants intend no admission of fact, law or liability by this Notice, and expressly reserve all defenses, motions and/or pleas.

        Respectfully Submitted,

        **GORDON REES SCULLY MANSUKHANI, LLP**
        */s/ Jason Winslow*
        Jason Winslow
        Missouri Bar No. 60710(MO)
        211 North Broadway, Ste. 2150
        St Louis, MO 63102
        Telephone: (314) 961-6686
        jwinslow@grsm.com
        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 15th day of November 2024, the foregoing was filed electronically with the Clerk of the Court to be served upon all counsel of record via the Court's electronic filing system.

        */s/ Jason K. Winslow*