## IN THE 21ST JUDICAL CIRCUIT COURT OF ST. LOUIS COUNTY

## STATE OF MISSOURI

| | |
|---|---|
| BEVERLY HARGET, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>SAKS & COMPANY, LLC, )<br>)<br>)<br>  Defendant. )<br>)<br>) | Case No. 24SL-CC03195<br><br>JURY TRIAL DEMANDED |

## STATE COURT NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Saks & Company LLC has filed the attached Notice of Removal of Case Number No. 24SL-CC03195 with the United States District Court for the Eastern District of Missouri, on the 15th day of November, 2024.

Respectfully submitted,

*/s/ Jason Winslow*
Jason K. Winslow #60710
Brody Shea #76771
jwinslow@grsm.com
bshea@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
211 North Broadway
Suite 2150
St. Louis, MO  63102
Phone: (314) 961-6686
Fax: (314) 338-3076
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Court via the Missouri Casenet filing system on November 15, 2024, which will send a notice of electronic filing to all counsel of record.

*/s/ Jason Winslow*

> **External Email: STOP! LOOK! THINK! before you engage.**
> This message came from outside GRSM.

**Archived:** Monday, November 18, 2024 4:19:12 PM
**From:** Missouri Courts eFiling System
**Mail received time:** Sat, 16 Nov 2024 00:20:50
**Sent:** Fri, 15 Nov 2024 18:20:03
**To:** Missouri Courts eFiling Subscriber
**Cc:** Jason Winslow 21st Judicial Circuit (St. Louis County)
**Subject:** Receipt of Submission - 24SL-CC03195 - BEVERLY HARGET V SAKS & COMPANY, LLC, 1323339, St Louis County - Circuit Court
**Importance:** Normal
**Sensitivity:** None

---

Your submission on **11/15/24** at **6:18 PM** was **RECEIVED** by **St Louis County - Circuit Court** on **11/15/24** at **6:18 PM** but has not been processed.

You will receive notice from the court when the submission is accepted for filing, put on hold, or returned with the reason for the hold or return. You do not need to take action at this time.

Below is important information regarding this filing:

| | |
|---|---|
| eFiling Confirmation Number | EF36858388 |
| Filer Reference Number | 1323339 |
| Payment Confirmation Number | No filing fee or payment information on this filing. |
| Case Number | 24SL-CC03195 |
| Case Description | **BEVERLY HARGET V SAKS & COMPANY, LLC** |
| Case Type | **Personal Injury-Other** |

Notes to Clerk:   None Entered by Filer

**Document(s):**

| | |
|---|---|
| **Document Category and Type** | Notice of/to - Notice (other) |
| **Document Title** | State Court Notice of Removal |
| **Attachment(s)** | Exhibit A |
| | Electronic Filing Certificate of Service |
| **File On Behalf Of** | SAKS & COMPANY, LLC |

To view or save a document, click one of the hyperlinks above. The document title hyperlink will open the

document directly until the court accepts the document. After that time, you will login to Case.net and use the case number link to view the document.

**Service Information:**

| Party | ANDREW SCOTT MARTIN, Attorney for Plaintiff |
|---|---|
| Service E-mail Address | amartin@andrewmartinlegal.com |


Click to access the **Missouri eFiling System**.


Click here for **Manage My Case**.


This e-mail is auto generated. Please do not respond. **If you have a concern with your filing, please contact the court.** If you need technical
assistance, please contact the Office of State Courts Administrator Help Desk at
osca.help.desk@courts.mo.gov or toll-free by phone
at 1(888)541-4894. The Help Desk is available 7:30 a.m. to 5:00 p.m. Monday through Friday, excluding state holidays.

**Archived:** Monday, November 18, 2024 4:06:08 PM
**From:** Taylor Bond
**To:** brent@sumnerlawgroup.com andrew@sumnerlawgroup.com
**Cc:** Jason Winslow Brody Shea Cheri Hess Escobedo
**Subject:** 24SL-CC03195 ; Harget v. Saks & Company, LLC
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
2024-11-18 Harget- State Court Notice of Removal Filed.pdf Receipt of Submission - 24SL-CC03195 - BEVERLY HARGET V SAKS & COMPANY, LLC, 1323339, St Louis County - Circuit Court.msg

---

Good evening,

Please see the attached State Court Notice of Removal that was filed on Friday, November 15, 2024.

Thank you,

---

**TAYLOR M. BOND** (She/Her/Hers)  | Paralegal
**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
211 North Broadway, Suite 2150, St. Louis, MO 63102
tbond@grsm.com
grsm.com
vCard