UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BEVERLY HARGET, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:24 CV 1543 JMB |
| SAKS & COMPANY, LLC, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on Plaintiff's Motion to Remand (Doc. 8). Defendant has filed a Consent to Plaintiff's Motion for Remand (Doc. 10). The Court will therefore grant the unopposed Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand (Doc. 8) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Circuit Court for the County of St. Louis, Missouri. The Clerk of Court is directed to terminate this matter on this Court's docket.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of December, 2024